## RIOJAS v. STATE.
### No. 25093.

Court of Criminal Appeals of Texas.
Jan. 17, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

The offense was the unlawful driving, while intoxicated, of a motor vehicle; the punishment, a fine of $50.

No bills of exception or statement of facts accompany the record. Nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the court.